*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 20-BG-129**

IN RE JAHANGIR GHOBADI

**2019 DDN 168**

An Administratively Suspended
Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 441214**

BEFORE: Glickman and Thompson, Associate Judges, and Washington, Senior Judge.

**O R D E R**
(FILED- July 30, 2020)

On consideration of the certified order from the state of Virginia revoking respondent's license to practice law in that jurisdiction; this court's February 28, 2020, order suspending respondent pending resolution of this matter and directing him to show cause why the equivalent reciprocal discipline of disbarment should not be imposed; no response having been filed; the statement of Disciplinary Counsel; and it appearing respondent has not filed his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that Jahangir Ghobadi is hereby disbarred from the practice of law in the District of Columbia. It is

FURTHER ORDERED that for purposes of reinstatement respondent's disbarment will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**